# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 18 MAP 2025 |
| Appellee | : | |
| v. | : | |
| ABRAHIM FATA, | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

     **AND NOW,** this 2nd day of May, 2025, as this Court lacks jurisdiction over this appeal, *see* 42 Pa.C.S. § 722 (listing instances where this Court has exclusive appellate jurisdiction over final orders of the courts of common pleas), and the appeal falls within the exclusive appellate jurisdiction of the Superior Court, *see* 42 Pa.C.S. § 742, the matter is TRANSFERRED to the Superior Court.  *See* Pa.R.A.P. 751.